# MEMORANDUM DECISIONS.

ALLEN, Respondent, v. STEFFEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Myron S. Allen against Paul Steffen. No opinion. Judgment and order affirmed, with costs.

---

ALLISON, Respondent, v. LONG CLOVE TRAP ROCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Action by Zachariah T. Allison against the Long Clove Trap Rock Company. No opinion. Motion denied.

AMBROSE, Respondent, v. JARDIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by Joseph H. Ambrose, as president, against Joshua A. Jardin. No opinion. Judgment affirmed, with costs.

AMERICAN WOOLEN CO., Appellant, v. SIMONS, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the American Woolen Company against Benjamin Simons and another. No opinion. Order affirmed, with $10 costs and disbursements.

ANDRUS, Respondent, v. NATIONAL SUGAR REFINING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Action by John E. Andrus against the National Sugar Refining Company and the New York Central & Hudson River Railroad Company. No opinion. Motion granted, and order resettled.

ARMSTRONG v. LOVELAND et al. (Supreme Court, Appellate Division, Third Department. March 15, 1904.) Action by Seymour O. Armstrong against Mary A. Loveland and Hollis Loveland, impleaded with others. No opinion. Order affirmed, without costs.

ARMSTRONG, Respondent, v. MOORE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 22, 1904.) Action by Marian Armstrong against Webster P. Moore and others.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, upon questions of law and of fact, unless the plaintiff stipulates to reduce the verdict to the sum of $3,000 as of the date of the rendition thereof, in which event the judgment, as so modified, and order, are affirmed, without costs of this appeal to either party.

---

ARTHUR, Respondent, v. SIRE, Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Daniel V. Arthur against Henry B. Sire. F. Bien, for appellant. V. P. Donihee, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

AUBURN & S. ELECTRIC R. CO., Respondent, v. FULLER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 29, 1904.) Action by the Auburn & Syracuse Electric Railroad Company against Samuel H. Fuller and another.

PER CURIAM. Order affirmed, with costs.

HISCOCK, J., not voting.

---

A. & S. HENRY & CO., Limited, v. TALCOTT. (Supreme Court, Appellate Division, First Department, March 25, 1904.) Action by A. & S. Henry & Co., Limited, against James Talcott. H. Nathan, for plaintiff. F. R. Kellogg, for defendant. No opinion. Order affirmed, without costs.

---

In re BACKUS. (Supreme Court, Appellate Division, First Department. March 18, 1904.) In the matter of Frances A. Backus. No opinion. Motion granted. Question certified as stated in memorandum per curiam.

---

In re BACKUS. (Supreme Court, Appellate Division, First Department. April 15, 1904.) In the matter of Frances A. Backus. No opinion. Motion dismissed. Memorandum per curiam.

---

BACON v. GROSSMANN. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Action by Nathaniel T. Bacon against Ignatius R. Grossmann. No opinion. Motion denied.

---

BACON, Respondent, v. GROSSMANN, Appellant. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Action by Nathaniel T. Bacon against Ignatius R. Grossmann. G. J. Sproull, for appellant. S. Bacon, for respondent. No opinion. Judgment affirmed, with costs.